NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-372

STATE OF LOUISIANA

VERSUS

ERIC JOHN GUILBEAU

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-K-0928-D
HONORABLE DONALD WAYNE HEBERT, PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks and Billy H. Ezell, Judges.

AFFIRMED.

Alisa Ardoin Gothreaux
Assistant District Attorney
P.O. Drawer 1968
Opelousas, LA   70571
(337) 948-0551
COUNSEL FOR APPELLEE:
    State of Louisiana

G. Paul Marx
Louisiana Appellate Project
P.O. Box 82389
Lafayette, LA   70598
(337) 237-2537
COUNSEL FOR DEFENDANT/APPELLANT:
    Eric John Guilbeau